UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL GERMAIN, an individual, ) | |
| ) | NO. CV-10-0200-LRS |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| -vs- ) | |
| ) | |
| SHERYL ERCANBRACK AND JOHN DOE ) | |
| ERCANBRACK, CARLOS O. PINEDA- ) | |
| VASQUEZ and JANE DOE PINEDA- ) | |
| VASQUEZ, JOHN DOES 1 THRU 5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' "Stipulation and Order of Dismissal," (ECF No. 13) filed June 28, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action against defendants Sheryl and John Doe Ercanbrack and the remaining defendants shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.  The court notes that defense counsel David Ross represents Defendants Sheryl and John Doe Ercanbrack only and that no appearance, pro se or through counsel, was ever made for co-defendant Carlos O. Pineda-Vasquez.  The court further notes that co-defendant Pineda-Vasquez has not filed an answer to the complaint nor has he raised any counterclaims against Plaintiff.

ORDER - 1

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 30th day of June, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2